# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00163-CV

**In re Kailyn Andrews**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### WRIT OF HABEAS CORPUS

THE STATE OF TEXAS, COUNTY OF BELL

TO:  THE 169TH DISTRICT COURT OF BELL COUNTY, TEXAS

Having considered the petition for writ of habeas corpus and record filed with this Court, this Court concludes that Relator is illegally restrained pursuant to an order revoking suspension of commitment and committing Relator to the Bell County Jail, which was rendered by the 169th District Court of Bell County, Texas, on February 20, 2025, in cause number 22DFAM335858, on the docket of said court. IT IS THEREFORE ordered that Relator, Kailyn Andrews, be and hereby is released from the effects of the order committing her to county jail and is further released from any personal bond in accordance with the attached opinion of this Court.

ISSUED under my hand and seal April 9, 2025.

_____

Jeffrey D. Kyle, Clerk